Judy SADLER, Plaintiff/Appellant,

v.

Diane BOGLE, Defendant/Respondent.

No. 70261.

Missouri Court of Appeals,
Eastern District,
Southern Division.

June 24, 1997.

Donald Rhodes, Bloomfield, for plaintiff/appellant.

Stephen C. Wilson, Scott A. Lipke, Jackson, for defendant/respondent.

Before AHRENS, C.J., and KAROHL and CRANE, JJ.

**504**

### ORDER

PER CURIAM.

Plaintiff, Judy Sadler, appeals from the denial of a motion for new trial on the grounds of improper injection of insurance and grossly inadequate damages. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).